UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. SCHAPPELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE, et al.,<br><br>Defendants. | No. 2:12-cv-01479-MCE-DAD<br><br><br><br>MEMORANDUM AND ORDER |

Plaintiff William F. Schappell moves for a Temporary Restraining Order ("Motion") seeking to stay unlawful detainer proceedings in state court. Plaintiff's Motion is procedurally defective and must be denied on that basis alone. Contrary to the provisions of Local Rule 231(c), Plaintiff has failed to submit any affidavits detailing either the existence of an irreparable injury or his efforts to provide notice to the defendants, or, alternatively, the reasons why such notice should not have been provided. Plaintiff has also not submitted a brief on all relevant legal issues or any of the requisite proposed orders. Consequently, Plaintiff's Motion (ECF No. 9) is DENIED without prejudice to Plaintiff's right to renew his application in accordance with the provisions of Rule 231(c).

IT IS SO ORDERED.

DATE: August 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1