UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHAPPELL,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL CITY MORTGAGE, et al.,<br><br>        Defendants. | No. 2:12-cv-01479-MCE-DAD<br><br>**ORDER** |

    Presently before the Court is a Motion by Defendants PNC Financial Services (named in Plaintiff's Complaint as "National City Mortgage" and "The PNC Financial Services Group, Inc. a/w PNC Bank NA") and Federal National Mortgage Association (named in Plaintiff's Complaint as "Federal National Mortgage") (collectively "Defendants") to dismiss the Complaint of Plaintiff William Schappell ("Plaintiff") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 6.) Plaintiff has failed to timely file an Opposition to Defendants' Motion.

///

1       Pursuant to Local Rule 78-230(c), opposition to a motion
2  must be filed not less than fourteen (14) days prior to the date
3  of the hearing.  The date of the hearing on the motion was set
4  for September 20, 2012.  Fourteen (14) days prior to the hearing
5  was September 6, 2012.  No opposition was filed as required.  In
6  light of the fact that no opposition was filed by Plaintiff,
7  Defendants' Motion to Dismiss (ECF No. 6) is GRANTED with leave
8  to amend.
9       Plaintiff may file an amended complaint not later than
10 twenty (20) days after the date this Order is
11 filed electronically.  If no amended complaint is filed within
12 said twenty (20) day period, without further notice, Plaintiff's
13 claims will be dismissed without leave to amend.
14      IT IS SO ORDERED.
15 Dated:  October 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE