Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Amir Shlesinger      (SBN 204132)
Email: ashlesinger@reedsmith.com
Raffi L. Kassabian   (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 S. Grand. Ave., Suite 2900
Los Angeles, CA  90071
Telephone:  +1 213 457 8118
Facsimile:   +1 213 457 8080

Attorneys for Defendants
PNC Financial Services (erroneously sued as "National City Mortgage" and "The PNC Financial Services Group, Inc. a/w PNC Bank NA") and Federal National Mortgage Association (erroneously sued as "Federal National Mortgage")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. SCHAPPELL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CITY MORTGAGE, a foreign corp.; THE PNC FINANCIAL SERVICES GROUP, INC. a/w PNC BANK NA, a foreign corp.; FEDERAL NATIONAL MORTGAGE MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., All Persons Unknown, Claiming Any Legal or Equitable, Right Title, Estate, Lien of Interest in the Property Described in the Complaint, Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto; and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01479-MCE-DAD<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF PLAINTIFF'S ACTION FOR FAILURE TO AMEND COMPLAINT IN VIOLATION OF ORDER ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　　　December 13, 2012<br>Time:　　　　2:00 p.m.<br>Courtroom:　　7<br><br>Complt. Filed: June 1, 2012<br><br>Honorable Morrison C. England, Jr.<br><br>*[Filed Concurrently with Request for Dismissal of Plaintiff's Action for Failure to Amend Complaint in Violation of Order on Defendants' Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof]* |

# ORDER

On December 13, 2012, the Request for Dismissal of Defendants PNC Financial Services (erroneously sued as "National City Mortgage" and "The PNC Financial Services Group, Inc. a/w PNC Bank NA") and Federal National Mortgage Association's (erroneously sued as "Federal National Mortgage") (collectively, "Defendants") came on for hearing before this Court.  Having read and considered the pleadings in support of and opposition to the Request for Dismissal and the arguments of counsel, this Court rules as follows:

1.     On October 16, 2012, this Court filed an Order Granting Defendants' Motion to Dismiss ("Order") Plaintiff's First Amended Complaint, which dismissed Plaintiff's twelve causes of action as to Defendants with twenty (20) days leave to amend.  See ECF No. 12.  Plaintiff did not file a First Amended Complaint on or before November 6, 2012, as required by this Court's Order.  On that basis, and with **GOOD CAUSE** appearing, Defendants' Request for Dismissal is **GRANTED**.  Fed. R. Civ. P. 41(b).  Therefore, the entire action is hereby **DISMISSED WITH PREJUDICE**.

2.     To the extent a *lis pendens* is recorded against the underlying property commonly identified as 20433 Lakeview Drive, Lakehead, California 96051, it is hereby expunged.

3.     The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE